IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALLEN RIGGENS,**

    **Plaintiff,**

                        Case Number   **8:16-cv-01648-MSS-AEP**

v.

**CREDIT PROTECTION ASSOCIATION, LP.,**

    **Defendant.**

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

    **PLEASE TAKE NOTICE** that, Defendant and Plaintiff have reached a resolution of this matter and each party will bear their own attorney fees and costs. The parties ask that the Court retain jurisdiction of this matter for 60 days for settlement/enforcement related matters only. At the conclusion of the 60 days, if neither party brings any further matter before the Court, the parties request that the matter be closed and that the case be dismissed with PREJUDICE.

**DATED: December 6, 2016.**

                                                        /s/**W John Gadd**
                                                               W. John Gadd
                                                             FL Bar Number 463061
                                                            Attorney for Plaintiff

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF, which will provide electronic notification to counsel for Defendant, on this 6th day of January, 2016.

                                                               **s/W. John Gadd**
                                                                W. John Gadd
                                                            FL Bar Number 463061

**Bank of America Building**
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com